UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

## MEDIATION CERTIFICATION

| Case number: *2:22-CV-2772-JPM* | Case title: *REED V. MADISON GARDENS OF MEMPHIS, ET AL.* |
|---|---|
| Plaintiff counsel: *ERIC G. CALHOUN, ESQ.* | |
| Defendant counsel: *JOSEPH T. GETZ, ESQ., BRIAN L. YOAKUM, ESQ.* | |
| Presiding Judge: *JON P. MCCALLA* | Mediator: *ALLEN S. BLAIR* |

I, ___*ALLEN S. BLAIR*___, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on ___*10/20/23*___.

As a result of that mediation held on ___*10/20/23*___.

☑ The case has settled in whole. *AS TO MADISON GARDENS & GUY AAYNE & ASSOCS.*

    ☐ Case settled prior to scheduling first mediation session.

    ☑ Parties have agreed that ___*THE ATTORNEYS*___ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

___

☐ The case has not settled.

    ☐ Mediation will continue on _____.

    ☐ The parties may schedule another session at a later date.

    ☐ Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

___

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| Date *10/27/23* | Electronic signature of Mediator: s/ *Allen S. Blair* |
|---|---|