IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARIO REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-2772-JPM-cgc |
| v. | ) |
| | ) |
| MADISON GARDENS OF MEMPHIS, | ) |
| LLC, and CHAMKAUR SINGH, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**

Came on to be heard the parties' Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court having considered same is of the opinion that the same be granted and hereby **ORDERS** that the action be, and hereby is, dismissed with prejudice with each party to bear its own costs and attorneys' fees.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

November 21, 2023
Date