# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARIO REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-2772-JPM-cgc |
| v. ) | |
| ) | |
| MADISON GARDENS OF MEMPHIS, ) | |
| LLC, and CHAMKAUR SINGH, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Parties' Stipulation for Dismissal with Prejudice filed on November 17, 2023. (ECF No. 41), and the Court having entered an Order of Dismissal (ECF No. 42),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITH PREJUDICE.**

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA/
UNITED STATES DISTRICT JUDGE

November 21, 2023
Date

1